STATE v. McRAE

No. 292P93

Case below: 110 N.C.App. 643

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

STATE v. ROGERS

No. 308P93

Case below: 109 N.C.App. 491

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 9 September 1993.

STATE v. SCOTT

No. 283P93

Case below: 110 N.C.App. 492

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

STATE v. TUCKER

No. 187P93

Case below: 109 N.C.App. 565

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 September 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

WORLEY v. WORLEY

No. 128PA93

Case below: 108 N.C.App. 789
            333 N.C. 578

Motion by plaintiff to dismiss defendant's petition for discretionary review and to vacate the order allowing the petition denied 17 August 1993.